KATE S. LEHRMAN [Bar No. 123050]
klehrman@lehrmanlawgroup.com
ANTHONY PAUL GRECO [Bar No. 296398]
tgreco@lehrmanlawgroup.com
DERRICK Y. CHU [Bar No. 310238]
dchu@lehrmanlawgroup.com
LEHRMAN LAW GROUP
12121 Wilshire Boulevard, Suite 1300
Los Angeles, CA  90025
(310) 917-4500; (310) 917-5677 (FAX)

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

GUY MIZRAHI, ESQ. [Bar No. 220930]
guy@journeylawgroup.com
ARYA MALEK, ESQ. [Bar No. 325782]
amalek@journeylawgroup.com
JOURNEY LAW GROUP, INC.
1762 Westwood Boulevard, Suite 260
Los Angeles, CA  90024
(424) 206-4303; (424) 220-7388 (FAX)

Attorneys for Plaintiff
SAM SHIRI

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM SHIRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, A Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-09453 GW (KSx)<br>[Filed:  September 27, 2019]<br>[Removed:  November 01, 2019]<br><br>Hon. George H. Wu<br>Courtroom 9D<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

1

1    The parties to this action, acting through counsel, and pursuant to Federal

2    Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a

3    negotiated settlement executed by them, to the Dismissal With Prejudice of this

4    action, including all claims and counterclaims stated herein against all parties, with

5    each party to bear its own attorney's fees and costs.

6

7    Date:   December 17, 2020              JOURNEY LAW GROUP, INC.

8

9                                          By: /S/Guy Mizrahi
                                               Guy Mizrahi, ESQ.
10                                             Arya Malek, ESQ.
                                               Attorney for Plaintiff
11                                             SAM SHIRI

12

13   Date:  December 17, 2020

14                                         LEHRMAN LAW GROUP
                                            KATE S. LEHRMAN
15                                         ANTHONY P. GRECO
                                           DERRICK Y. CHU
16

17                                         By:    /s/Derrick Y. Chu
18                                             Derrick Y. Chu
                                               Attorneys for Defendant
19                                             MERCEDES-BENZ USA, LLC

20

21

22

23

24

25

26

27

28

2
**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

## <u>ORDER</u>

1

2    The stipulation is approved. The entire action, including all claims and

3

counterclaims stated herein against all parties, is hereby dismissed with prejudice.

4

5

6

7

Date: _____          _____

8                                HONORABLE GEORGE H. WU

9                                UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Guy Mizrahi, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation and Order for Dismissal with Prejudice.

/s/ *Guy Mizrahi*
Guy Mizrahi

4

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

## PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) ss.
**COUNTY OF LOS ANGELES** )

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. My business address is 1762 Westwood Boulevard, Suite 260, Los Angeles, CA 90024.

On December 17, 2020, I served true copies indicated below in the manner as provided in FRCivP 5(b), the foregoing document described as: **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Los Angeles, California addressed as follows:

[] **BY MAIL**: I caused to be delivered by US mail by placing a true copy thereof enclosed in sealed envelopes. I am "readily familiar" with the firm's practice of collection and processing documents for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid in the ordinary course of business.

[] **BY GSO OVERNIGHT:** I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees.

[X] **BY ELECTRONIC MAIL:** I transmitted such document from Los Angeles, California, to the electronic mail address maintained by the person(s) on the SERVICE LIST as last indicated by that person on a document that he or she has filed in the above-entitled cause and served on this party.

[] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[X] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on December 17, 2020, in Los Angeles, California.

*/s/ Jaclyn Marolda*
Jaclyn Marolda

1
**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**PROOF OF SERVICE LIST**
**MERCEDES-BENZ USA, LLC/SHIRI, SAM**
**(M127-516)(365.516)**
**Case No. 2:19-cv-09453 GW (KSx)**
**Page 1**

1

2

3

4

5

6   Kate S. Lehrman, Esq.                    Attorneys for Defendant
7   Anthony P. Greco, Esq.                   MERCEDES-BENZ USA, LLC
    Derrick Y. Chu, Esq.
8   LEHRMAN LAW GROUP
9   12121 Wilshire Boulevard, Suite 1300
    Los Angeles, CA  90025
10

11  klehrman@lehrmanlawgroup.com
    tgreco@lehrmanlawgroup.com
12  dchu@lehrmanlawgroup.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**